DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ray William Abelia, <br>     Plaintiff, <br>   vs. <br> Kilolo Kijakazi, Acting Commissioner of Social Security, <br>     Defendant. | Case No. 2:23-cv-01224-AC <br><br> STIPULATION AND \|~~PROPOSED~~\| ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from September 26, 2023 to November 27, 2023, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

on the same week. For the weeks of September 18, 2023 and September 25, 2023, Counsel currently has 11 merit briefs, and several letter briefs and reply briefs. This matter has recently been reassigned and Plaintiff's Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

          Respectfully submitted,

Dated: September 6, 2023     PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Dolly M. Trompeter*
    DOLLY M. TROMPETER
    Attorneys for Plaintiff


Dated: September 6, 2023     PHILLIP A. TALBERT
    United States Attorney
    PETER K. THOMPSON
    Acting Regional Chief Counsel, Region IX
    Social Security Administration


By:  \*/s/ Oscar Gonzalez de Llano
    Oscar Gonzalez de Llano
    Special Assistant United States Attorney
    Attorneys for Defendant
    (\*As authorized by email on September 6, 2023)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: September 7, 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE