DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ray William Abelia, <br><br>　　　　Plaintiff, <br><br>　　vs. <br><br>Kilolo Kijakazi, Acting Commissioner of Social Security, <br><br>　　　　Defendant. | Case No. 2:23-cv-01224-AC <br><br> STIPULATION AND |~~PROPOSED~~| ORDER FOR EXTENSION OF TIME |

　　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from November 27, 2023 to January 26, 2024, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's second request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs

being due on the same week. For the week of November 27, 2023 and December 4, 2023, Counsel has 10 merit briefs due and a settlement proposal due.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

          Respectfully submitted,

Dated: November 21, 2023   PENA & BROMBERG, ATTORNEYS AT LAW


          By: */s/ Dolly M. Trompeter*
            DOLLY M. TROMPETER
            Attorneys for Plaintiff


Dated: November 21, 2023   PHILLIP A. TALBERT
            United States Attorney
            MATTHEW W. PILE
            Associate General Counsel
            Office of Program Litigation, Office 7


          By: */s/ Oscar Gonzalez de Llano*
            Oscar Gonzalez de Llano
            Special Assistant United States Attorney
            Attorneys for Defendant
            (*As authorized by email on November 21, 2023)

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  November 27, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE