```
1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245.
   Associate General Counsel
3  Office of Program Litigation, Office 7
4  Social Security Administration
   MARCELO ILLARMO (MABN 670079)
5  Special Assistant United States Attorney
        Office of the General Counsel
6       Social Security Administration
        6401 Security Boulevard
7       Baltimore, Maryland 21235
        Telephone: (510) 970-4822
8       E-Mail: Marcelo.Illarmo@ssa.gov
9  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY WILLIAM ABELIA<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:23-cv-01224-AC<br><br>STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from February 26, 2024 to March 27, 2024.  Defendant respectfully requests this because counsel has been summonsed for jury duty the week of February 26, 2024. Counsel does not know yet whether he will serve on a jury, but is seeking an extension out of an abundance of caution.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall file a responsive brief on or before March 27, 2024;
- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before April 10, 2024).

                                            Respectfully submitted,

DATE: February 23, 2024              /s/ *Jonathan Pena**  
JONATHAN PENA  
Attorney for Plaintiff  
(* approved via email on 2/23/24)

PHILLIP A. TALBERT  
United States Attorney

DATE: February 23, 2024     By   *s/ Marcelo Illarmo*  
MARCELO ILLARMO  
Special Assistant United States Attorney

Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED:

DATE: February 27, 2024

_____  
ALLISON CLAIRE  
UNITED STATES MAGISTRATE JUDGE

2